IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-24-11-GF-BMM-JTJ |
| Plaintiff, | ORDER |
| v. | |
| DUSTIN JADE RED FOX, | |
| Defendant. | |

The Court conducted a revocation hearing in this matter on October 14, 2025. Based upon the agreement of the parties,

IT IS HEREBY ORDERED,

1. Defendant Dustin Jade Red Fox (Red Fox) shall be released from the custody of the U.S. Marshal's Service on October 14, 2025;

2. Red Fox is subject to the same conditions of probation imposed in the Judgment dated on December 12, 2022 (Doc. 2-3);

    3.  Red Fox will appear before the undersigned for a revocation hearing on February 24, 2026 at 1:30 p.m.

    DATED this 14th day of October 2025.

                              John Johnston
                              United States Magistrate Judge