**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DUSTIN JADE RED FOX,

Defendant.

CR-24-11-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 13, 2026. (Doc. 33.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on November 12, 2026. (Doc. 32.) The United States accused Dustin Jade Red Fox (Red Fox) of violating the conditions of his supervised release by: (1) failing to comply with substance

abuse testing requirements on July 22, 2026; (2) committing another federal, state or local crime by being charged on September 18, 2026, with the offense of Driving Without a Valid Driver's License, in violation of Mont. Code Ann. § 61-5-102(1); (3) failing to comply with substance abuse testing requirements on September 25, 2026; (4) failing to follow the instructions of his probation officer not to drive without a license by operating a motor vehicle on September 27, 2026, and being involved in a one-vehicle accident; and (5) by huffing an air duster, a psychoactive substance on multiple occasions on September 30, 2026. (Doc. 24.)

At the revocation hearing Red Fox admitted that he had violated conditions 1, 2, 4 and 5 of the terms and conditions of his supervised release as set forth in the Petition. The Government moved to dismiss alleged violation 3, which Judge Johnston granted. (Doc. 32.) Judge Johnston recommended that Red Fox be sentenced to a term of custody of 4 months, with 30 months of supervised release to follow. Judge Johnston also recommended that during the term of supervised release, Red Fox shall be placed in an in-patient substance abuse treatment facility at the direction of his probation officer and that following substance abuse treatment, Red Fox shall be placed in a residential reentry center for a period of up to 180 days at the direction of his probation officer. (Doc. 33.) Judge Johnston advised Red Fox of his right to appeal and allocute before the undersigned. Red Fox waived those rights. (Doc. 32.)

The violations Red Fox admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 33) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Dustin Jade Red Fox be sentenced to custody for 4 months, with 30 months of supervised release to follow. During the term of supervised release, Red Fox shall be placed in an in-patient substance abuse treatment facility at the direction of his probation officer. Following substance abuse treatment, Red Fox shall be placed in a residential reentry center for a period of up to 180 days at the direction of his probation officer.

DATED this 16th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts